**Order entered July 17, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00804-CV

**IN RE F.A. BROWN'S CONSTRUCTION, LLC, D/B/A BROWN CONSTRUCTION AND BROWN'S CONCRETE CONSTRUCTION, Relator**

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-09249**

## ORDER

Before the Court is relator's petition for writ of mandamus. We request that the real party in interest and the respondent file their responses, if any, to the petition for writ of mandamus **by July 31, 2018.**

/s/      ELIZABETH LANG-MIERS
           JUSTICE